15661.   ANDERSON *v.* THE STATE.

BROYLES, C. J.   1.   It appears from the record that the only objection to
the admission of the testimony, as complained of in the 1st ground of the
amendment to the motion for a new trial, made at the time the evidence
was offered, was that "it is immaterial and irrelevant."   The evidence
was not subject to this objection.

2. There is no merit in the second ground of the amendment to the motion
for a new trial.

3. In the light of all the facts of the case, the admission of the evidence
set forth in the third ground of the amendment to the motion for a new
trial does not require another hearing of the case.

4. The court did not err in ruling out the testimony of three witnesses
for the defense, that a day or two after the car in question was stolen
they saw in Forsyth county a similar car in the possession of a man
named Otho Martin, and that Martin was trying to sell the car, there
being no evidence whatsoever that this car was the same car that the
defendant was charged with having stolen.

5. The verdict was amply authorized by the evidence, and the refusal to
grant a new trial was not error.

> *Judgment affirmed.   Luke and Bloodworth, JJ., concur.*
>
> DECIDED AUGUST 8, 1924.

Larceny of automobile; from Fulton superior court—Judge Shurley presiding. May 2, 1924.

Application for certiorari was denied by the Supreme Court.

*H. A. Allen,* for plaintiff in error.

*John A. Boykin, solicitor-general, E. A. Stephens, Ralph H. Pharr,* contra.